[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 1214.]

HOCKING TECHNICAL COLLEGE, APPELLEE, *v.* HOCKING TECHNICAL
COLLEGE EDUCATION ASSOCIATION, OEA/NEA, ET AL., APPELLANTS.
[Cite as *Hocking Technical College v. Hocking Technical College Edn. Assn.,
OEA/NEA*, 1998-Ohio-269.]

*Appeals dismissed as improvidently allowed.*

(No. 97-936—Submitted April 7, 1998—Decided June 3, 1998.)

APPEALS from the Court of Appeals for Athens County, No. 96 CA 1750.

——————————

*Arter & Hadden LLP, Gary S. Batke* and *Robert R. Dunn*, for appellee.

*Cloppert, Portman, Sauter, Latanick & Foley, Mark A. Foley* and *Susan
Hayest Kozlowski,* for appellant Hocking Technical College Education Association,
OEA/NEA.

*Leonard S. Sigall* and *Steven D. Stone*, for appellant Joan Bartow.

——————————

{¶ 1} The appeals are dismissed, *sua sponte*, as having been improvidently
allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG
STRATTON, JJ., concur.

COOK, J., dissents.

——————————

**COOK, J., dissenting.**

{¶ 2} I would affirm and adopt the opinion of the court of appeals.

——————————